The People of the State of New York, Respondent, 
against
Miguel Garcia, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eileen Koretz, J.H.O.), rendered July 25, 2018, convicting him, upon his plea of guilty, of unlicensed operation of a motor vehicle, and imposing sentence.




Per Curiam.
Judgment of conviction (Eileen Koretz, J.H.O.), rendered July 25, 2018, affirmed.
The accusatory instrument was not jurisdictionally defective. Sworn police allegations that "the engine was running and the defendant was behind the wheel" satisfied the operation element of the charged Vehicle and Traffic Law offense (see People v Alamo, 34 NY2d 453, 458-459 [1974]; People v Almanzar, 113 AD3d 527 [2014], lv denied 23 NY3d 1059 [2014]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 10, 2019